UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-4282-JLS (JEM) | Date | August 20, 2015 |
|---|---|---|---|
| Title | JOSE FEDERICO HERNANDEZ v. KIM HOLLAND | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE FIRST AMENDED PETITION**

On July 13, 2015, the Court issued an order directing Petitioner to file a First Amended Petition no later than August 12, 2015.

As of the date of this Order, Petitioner has not filed the First Amended Petition. The Court ORDERS Petitioner to show cause, in writing, no later than September 21, 2015, why the Court should not dismiss this matter without prejudice for Petitioner's failure to prosecute his case diligently and for failure to comply with the Court's July 13, 2015, order. Alternatively, Petitioner may, in response to this order to show cause, file his First Amended Petition. Petitioner is advised that no further extensions will be granted absent a showing of extraordinary circumstances.

cc: Parties

: 
Initials of Preparer     sa