# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FEDERICO HERNANDEZ,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>KIM HOLLAND, Warden,<br><br>　　　　　　　Respondent. | Case No. CV 15-4282-JLS (JEM)<br><br>**J U D G M E N T** |

　　　In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

　　　IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED:  August 4, 2016

　　　　　　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE